| | Fill in this information to identify the case: |
|---|---|
| | Debtor 1   Jesus Armando Garcia |
| | Debtor 2 |
| | United States Bankruptcy Court for the:    Middle DISTRICT OF TENNESSEE |
| | (State) |
| | Case number  3:17-bk-05180 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy Filing that you asset are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy rule 3002.1.

**Name of Creditor:** Ocwen Loan Servicing, LLC as Servicer for The Bank of New York Mellon Trust Company, National Association as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-RS2

**Court Claim No.** (if known):

**Last four digits** of any number you use to identify the debtor's account:     XXXXXX1813

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒   No
☐   Yes.  Date of the last notice: _____

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| **1. Late charges** | | (1) | $0.00 |
| **2. Non-sufficient funds (NSF) fees** | | (2) | $0.00 |
| **3. Attorney's fees** | | (3) | $0.00 |
| **4. Filing fees and court costs** | | (4) | $0.00 |
| **5. Post-petition pre-confirmation BK attorney fees** | 08/07/17, 08/11/17 | (5) | $650.00 |
| **6. Appraisal/broker's price opinion fees** | | (6) | $0.00 |

Debtor 1  Jesus Armando Garcia

First Name    Middle Name    Last Name

Case number (if known): 3:17-bk-05180

| | | |
|---|---|---|
| **7. Property inspection fees** | (7) | $0.00 |
| **8. Tax advances (non-escrow)** | (8) | $0.00 |
| **9. Insurance advances (non-escrow)** | (9) | $0.00 |
| **10. Property preservation expenses. Specify** | (10) | $0.00 |
| **11. Other. Specify:** _____ | (11) | $0.00 |
| **12. Other. Specify:** _____ | (12) | $0.00 |
| **13. Other. Specify:** _____ | (13) | $0.00 |
| **14. Other. Specify:** _____ | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X** _/s/Kyle Stewart_
Signature

Date: September 24, 2017

**Print:**   Kyle Stewart
First Name    Middle Name    Last Name

Title  Attorney

Company   Shapiro & Ingle, LLP

Address   10130 Perimeter Parkway, Suite 400
Number        Street

Charlotte, NC 28216
City        State    ZIP Code

Contact phone   (704)333-8107

Email: TNECF@logs.com

# COMMITTEE NOTE

Form 410S2, *Notice of Postpetition Mortgage Fees, Expenses, and Charges,* is amended in the instructions in Part 1 to clarify how to report previously approved fees, expenses, or charges. The following language is added: "If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred." This amended language replaces the prior instruction not to report any amounts previously ruled on by the bankruptcy court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:

JESUS ARMANDO GARCIA                3:17-bk-05180
                                    CHAPTER 13

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Jesus Armando Garcia
240 Amy Drive
Portland, TN 37148

(Served via Electronic Notification Only)
Jon Daniel Long
Long and Rossman PLLC
302 42nd Ave. No.
Nashville, TN 37209

(Served via Electronic Notification Only)
Henry Edward Hildebrand, III
PO Box 340019
Nashville, TN 37203

(Served via U.S. Mail)
Office of the United States Trustee
701 Broadway, Ste 318
Nashville, TN 37203

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This the 24th day of September, 2017.

*/s/ Kyle Stewart*
Kyle Stewart, Attorney for Creditor, Bar # 33796
kstewart@logs.com |704-831-2341
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com

17-109844

# Invoice # TN0255405

INVOICE DATE: 08/09/2017

## Invoice Submitted By:

SHAPIRO AND INGLE LLP - Elizabeth Ells
10130
Perimeter Parkway SUITE - 400
CHARLOTTE NC 28216
Vendor ID # 100005537

## Order Information:

Order #: 933C643FB3A342FB88FD120EF621E860
Order Date: 08/01/2017
Order Type: Reorganization Plan
Loan #: 
Property Address: 230 Hester Rd, Portland, TN 37148

## Invoice Submitted To:

Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

## Payment Information:

Confirmation #: 1131032
Method: ACH
Payment Date: 08/17/2017

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 08/07/2017 | $150.00 |
| | | | | **Total:** | $150.00 |

/REFERRAL RECD 8/7/17 BK FILED 7/31/17 BK CASE # 17-05180 CHAPTER 13/

Invoice management powered by: REALRemit Altisource

09/20/2017 03:55:36 UTC Status: Approved

# Invoice # TN0255720

INVOICE DATE: 08/15/2017

**Invoice Submitted By:**
SHAPIRO AND INGLE LLP - Elizabeth Ells
10130
Perimeter Parkway SUITE - 400
CHARLOTTE NC 28216
Vendor ID # 100005537

**Order Information:**
Order #: 933C643FB3A342FB88FD120EF621E860
Order Date: 08/01/2017
Order Type: Reorganization Plan
Loan 
Property Address: 230 Hester Rd, Portland, TN 37148

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: 1131622
Method: ACH
Payment Date: 08/25/2017

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4204 | Objection to Confirmation-(Recoverable from Borrower) | 08/11/2017 | $500.00 |
| | | | | **Total:** | **$500.00** |

objection filed ref rcvd 8/9/17 bk filed 7/31/17 case # 3:17-bk-05180 ch 13 AS PER PLNOBJF-08-21-2017

Invoice management powered by: REALRemit Altisource

09/20/2017 04:07:19 UTC Status: Approved

```
Case Number:17-05180
AITNO:
```
The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-RS2