| **Fill in this information to identify the case:** |
|---|

Debtor 1  Jesus Armando Garcia

Debtor 2  (Spouse, if filing)

United States Bankruptcy Court for the:   Middle DISTRICT OF TENNESSEE
                                                                    (State)

Case number  3:17-bk-05180

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-RS2

**Court Claim No.** (if known):  N/A

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX1813

**Date of Payment Change:**

Must be at least 21 days after date of this notice.    01/01/2018

**New total payment:**
Principal, interest, and escrow, if any    $613.04

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☒ No.
☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why:

   **Current escrow payment:** $                          **New escrow payment:** $

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No.
☒ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.  If a statement is not attached, explain why:

   **Current interest rate:** 8.375%                                  **New interest rate:** 8.5%
   **Current principal and interest payment:** $608.26    **New principal and interest payment:** $613.04

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No.
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____
   **Current mortgage payment:** $                          **New mortgage payment:** $

Debtor 1  Jesus Armando Garcia   Case number (if known): 3:17-bk-05180

First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.    ☒ I am the creditor's authorized agent.
(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X**  /s/ Kyle Stewart                         Date: November 29, 2017
       Signature

**Print:**   Kyle Stewart                         Title  Attorney
             First Name    Middle Name    Last Name

Company   Shapiro & Ingle, LLP

Address   10130 Perimeter Parkway, Suite 400
          Number        Street

          Charlotte, NC 28216
          City                State    ZIP Code

Contact phone   (704)333-8107                 Email: ncbkmail@shapiro-ingle.com

IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE MIDDLE DISTRICT OF TENNESSEE
                                NASHVILLE DIVISION
IN RE:

**JESUS ARMANDO GARCIA**                                    3:17-bk-05180
                                                            CHAPTER 13


                              **CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

                              (Served via U.S. Mail)
                              Jesus Armando Garcia
                              204 Amy Drive
                              Portland, TN 37148

                       (Served via Electronic Notification Only)
                              Jon Daniel Long
                         Long, Burnett, & Johnson PLLC
                              302 42nd Ave. No.
                              Nashville, TN 37209

                       (Served via Electronic Notification Only)
                           Henry Edward Hildebrand, III
                               PO Box 340019
                              Nashville, TN 37203

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

    This the 29th day of November, 2017.

                                        */s/ Kyle Stewart*
                                        Kyle Stewart, Attorney for Creditor, Bar # 33796
                                        kstewart@logs.com |704-831-2341
                                        Shapiro & Ingle, LLP
                                        10130 Perimeter Pkwy, Suite 400
                                        Charlotte, NC 28216
                                        Phone: 704-333-8107 | Fax: 704-333-8156
                                        Supervisory Attorney Contact: Bonnie Culp
                                        bculp@logs.com | 704-249-0065
                                        Electronic Service Notifications: tnecf@logs.com

17-109844



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: ▮

11/06/2017     Loan Number: ▮

Sherri L Hunter
Jesus A Garcia
5000 RIDGEMONT HTS
LAVALETTE, WV 25535-9771

Property Address: 230 Hester Rd
Portland, TN 37148-4901

## The mortgage payment will change on 01/01/2018
### The monthly payment will go from $608.26 to $613.04

Dear Customer(s),



**Why We Are Sending This Letter**

- Under the terms of the Adjustable-Rate Mortgage (ARM) referenced above, there is a 6 month period during which the interest rate stayed the same.
- That period ends on 12/01/2017. So on that date the interest rate may change.
- After that, the interest rate may change every 6 month(s) for the rest of the loan term.



**What Needs To Be Done**

- **If the new payment seems unaffordable, Ocwen Loan Servicing** should be contacted at ▮ soon as possible.
- The **following options may be possible** (most are subject to lender approval):
  - <u>Refinance</u> the loan. Our Loan Officers are **ready to assist with any refinancing needs at** ▮ **(toll free).**
  - <u>Sell the home</u> and use the proceeds to pay off the current loan,
  - <u>Modify the loan</u> terms with us,
  - <u>Payment forbearance</u>, that temporarily allows more time to pay the monthly payment.

ARMBKM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free:



**What We Will Do**

|  | **Current** Rate and monthly Payment | **New** Rate and monthly Payment |
|---|---|---|
| Interest Rate | 8.37500% | 8.50000% |
| Principal | $158.90 | $158.10 |
| Interest | $449.36 | $454.94 |
| Escrow (Taxes and Insurance)* | $0.00 | $0.00 |
| Regular Monthly Payment | $608.26 | $613.04 |
| Optional Insurance | $0.00 | $0.00 |
| Total Escrow Amount | $0.00 | $0.00 |
| **Total monthly Payment** | **$608.26** | **$613.04 (due 01/01/2018)** |

Please note the **overall monthly payment could change on a separate date as a result of** any increase or decrease in **real estate taxes and/or insurance.**

<u>New Interest Rate and Monthly Payment:</u> The table above shows the new interest rate and the new monthly payment. The new payment is based on the 6 LIBOR 1ST BUS DAY as of now, the margin 6.89000% to the index, the loan balance of $64,226.59, and the remaining loan term of 192 months.

<u>Interest Rate</u>: We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 1.57511% and the margin is 6.89000%. The 6 LIBOR 1ST BUS DAY is published Monthly in WallStreet Journal. The calculated amount is rounded by 0.12500%.

<u>Rate Limit(s)</u>: The rate cannot go higher than 13.14000%, or lower than 7.14000% over the life of the loan. The rate can change each time by no more than 1.00000%.

<u>Prepayment Penalty</u>: None.

For contact information for counseling agencies or program, call the U.S. Department of Housing and Urban Development (HUD) at              or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. For contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp

**For any questions,** please contact the Customer Care Center at              Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing

ARMBKM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.